Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 25-10072

| Caption: | |
|---|---|
| Oconee Landing Property, LLC, Oconee Landing Investors, LLC, Tax Matters Partner, v. Commissioner of Internal Revenue | District and Division: United States Tax Court<br>Name of Judge: Albert G. Lauber<br>Nature of Suit: Federal Tax Controversy<br>Date Complaint Filed: 07/01/2019<br>District Court Docket Number: 11814-19<br>Date Notice of Appeal Filed: 1/3/2025<br>☐ Cross Appeal ☐ Class Action<br>Has this matter previously been before this court?<br>☐ Yes ☑ No<br>If Yes, provide<br>(a) Caption: ____<br>(b) Citation: ____<br>(c) Docket Number: ____ |

**For Appellant:**
☑ Plaintiff
☐ Defendant
☐ Other (Specify)

Attorney Name: Vivian D. Hoard, Kip D. Nelson

Mailing Address: FOX ROTHSCHILD LLP, 999 Peachtree Street, N.E. Suite 1500, Atlanta, Georgia 30309

Telephone, Fax, Email:
Ph: 404-962-1000
Fax: 404-962-1200
vhoard@foxrothschild.com;
knelson@foxrothschild

**For Appellee:**
☐ Plaintiff
☐ Defendant
☐ Other (Specify)

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☑ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other ____ | Amount Sought by Plaintiff: $____<br>Amount Sought by Defendant: $____<br>Awarded: $____ to ____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary<br>☐ Permanent ☐ Granted ☐ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☑ Yes ☐ No
What is the issue you claim is one of First Impression? The meaning and validity of Treasury Regulations regarding qualified appraisals and qualified appraisers

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☐ Yes ☑ No

If Yes, provide
(a) Case Name/Statute _____
(b) Citation
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

If Yes, provide
(a) Case Name _____
(b) Citation _____
(c) Docket Number if unreported _____
(d) Court or Agency _____

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Did the Tax Court err in disallowing a charitable contribution deduction?
Did the Tax Court err in treating the donation as ordinary income property?
Did the Tax Court err in valuing the charitable contribution?
Did the Tax Court err in assessing penalties?

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 28th DAY OF January, 2025.

Vivian D. Hoard
NAME OF COUNSEL (Print)

*Vivian D. Hoard* (signature)
SIGNATURE OF COUNSEL